GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
E-mail: afriedenberg@glynnfinley.com
         jeldredge@glynnfinley.com

Attorneys for Defendant
ConocoPhillips Company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| DENMULLER MECHANICAL INC., <br><br> Plaintiff, <br><br> vs. <br><br> CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive, <br><br> Defendants. | **Case No. 2:08-cv-03007-FCD** <br><br> **ORDER RE STIPULATION TO STAY THE ACTION PENDING DETERMINATION OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

FOR GOOD CAUSE SHOWN, THE COURT ORDERS that this matter is stayed for 90 days pending determination of ConocoPhillips Company's ("COP") 28 U.S.C. § 1407 motion by the Judicial Panel on Multidistrict Litigation, including COP's deadline to respond to the complaint and any case management conferences and other dates set by the Court. Should the Panel not decide COP's motion within 90 days, COP will report further to the Court so that it may revisit whether a further stay would be appropriate.

Dated: February 27, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER RE STIPULATION TO STAY THE ACTION PENDING PANEL DETERMINATION